**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6155**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

RANDELL  BRICE  HARRIS,  a/k/a  Randall  Brice
Harris,

                                        Defendant - Appellant.

_____

Appeal  from  the  United  States  District  Court  for  the  Western
District of North Carolina, at Charlotte.  Robert D. Potter, Senior
District Judge.  (CR-94-12-P)

_____

Submitted:  June 18, 1998            Decided:  July 8, 1998

_____

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Randell Brice Harris, Appellant Pro Se.  Gretchen C.F. Shappert,
Assistant United States Attorney, Charlotte, North Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for a new trial under Fed. R. Crim. P. 33. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Harris</u>, No. CR-94-12-P (W.D.N.C. Jan. 14, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>